Case No. 3:20-CR-18    Date: December 20, 2023

United States of America    vs.    Jennifer Sterk

**PROCEEDINGS:** Sentencing Hearing.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Terri Grandchamp | Tara Wood |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

Frank Dale                                          Angela Campbell and Robert Kurtz
**Asst. U.S. Attorney**                             **Attorneys for Defendant**


**JUDGMENT OF THE COURT:**
- 3 years Probation during which 6 months shall be served on home confinement, 40 hours community service as directed by the probation officer.
- Special Assessment in the amount of $100.00. The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine.
- Restitution in the amount of $109,324.18 j/s with Arkur Khemani, Gaurav Bhasin and Marilyn Sterk

2:30 p.m. to 2:45 p.m.
3:15 p.m. to 3:47 p.m.